# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133408

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JANET CATHLEEN STEWART,
      Plaintiff-Appellant,

v

JAMES VERL STEWART,
      Defendant-Appellee.

SC: 133408
COA: 262213
Cass CC: 95-000076-DM

_____/

      On order of the Court, the application for leave to appeal the January 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

p0711